JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID BARDINET,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER TOLINO, #42738; OFFICER PERKINS, #36787; CITY OF LOS ANGELES; and, DOES 1-25, inclusive,<br><br>　　　　　Defendants. | **CASE NO. 2:20-cv-02899-MWF-E**<br>*The Honorable Michael W. Fitzgerald*<br>*The Honorable Charles F. Eick*<br><br>**JUDGMENT AFTER TRIAL**<br><br>Trial Date**:** October 26, 2022 |

　　　On October 26, 2022, the above-titled cause was called for trial in Courtroom 5A of the United States District Court for the Central District of California, the Honorable Michael W. Fitzgerald, United States District Judge, presiding.  Plaintiff DAVID BARDINET was present and represented by Kevin S. Conlogue, Esq. Defendants GAETANO TOLINO and LANCE PERKINS were present and represented by Deputy City Attorney Irving Estrada.

　　　On October 26, 2022, a panel of jurors were called that same day.  A jury of eight persons were impaneled and sworn on October 26, 2022.

1 Evidence was presented on October 26, 2022 through October 31, 2022. Witnesses were sworn and testified and exhibits were received. On October 28, 2022, Plaintiff rested and Defendants made a motion pursuant to Federal Rule of Civil Procedure 50(a) for a judgment as a matter of law as to all Defendants for all claims. The Court denied the Motion except as to punitive damages.

Before the action was submitted to the jury, Plaintiff **DISMISSED** all state law claims in exchange for Defendants' waiver of costs.

On October 31, 2022, Defendants renewed and reargued their motion for a judgment as a matter of law pursuant to Rule 50(a) and Rule 50(b) and the Court denied the motion. Defendants rested and jury instructions were read. Closing arguments proceeded on November 1, 2022 and the case was submitted to the jury.

On November 1, 2022, the jury returned its special verdict as follows:

We, THE JURY, in the above-entitled action, unanimously find as follows on the questions submitted to us:

**CLAIM FOR UNREASONABLE SEIZURE**

**QUESTION NO. 1:**

Did Plaintiff David Bardinet prove that Defendants Lance Perkins and/or Gaetano Tolino detained Plaintiff David Bardinet either without reasonable suspicion that he had committed a crime or in a way that was unreasonable in length or scope?

Lance Perkins: YES_____ NO__✓__

Gaetano Tolino: YES_____ NO__✓__

*Please answer Question No. 2.*

**QUESTION NO. 2:**

Did Plaintiff David Bardinet prove that Defendants Lance Perkins and/or Gaetano Tolino arrested Plaintiff David Bardinet without probable cause?

Lance Perkins: YES_____ NO__✓__

Gaetano Tolino: YES_____ NO__✓__

2

*Please answer Question No. 3.*

## CLAIM FOR EXCESSIVE FORCE

**QUESTION NO. 3:**

  Did Plaintiff David Bardinet prove that Defendants Lance Perkins and/or Gaetano Tolino used excessive force against Plaintiff David Bardinet?

Lance Perkins: YES\_\_\_\_\_ NO\_\_✓\_\_

Gaetano Tolino: YES\_\_\_\_\_ NO\_\_✓\_\_

*If you answered "Yes" to either Question Nos. **1 or 2 or 3**, for either Defendant, please answer Question No. 4.*

*If you answered "No" to all of Question Nos. **1 and 2 and 3**, for both Defendants, please sign and return this form.*

## DAMAGES

**QUESTION NO. 4:**

  Based on any "Yes" answers, did any constitutional violation that you have found by Defendants Lance Perkins and/or Gaetano Tolino cause any harm to Plaintiff David Bardinet?

YES\_\_\_\_\_ NO\_\_\_\_\_

*Please answer Question No. 5. If you answered "Yes" to Question No. 4, then agree upon the amount of damages. If you answered "No" to Question No. 4, then agree upon nominal damages of $1.00 or less.*

**QUESTION NO. 5:**

  What are Plaintiff David Bardinet's damages?

  $_____

///

///

Please sign and return this special verdict form.

Dated:  11/01/22          Signed:      /s/
                                    Foreperson

The Court further rules that Plaintiff's *Monell* claims based on the City of Los Angeles's alleged (1) unconstitutional practice or custom and (2) failure to train necessarily fail in light of the jury's findings that the Officers acted reasonably under the circumstances.  Accordingly, the *Monell* claims against the City of Los Angeles are **DISMISSED** *with prejudice*.

Now, therefore, pursuant to Rules 54(a) and 58(a) of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered as follows:

1. Judgment is entered in favor of Defendants Gaetano Tolino and Lance Perkins, on all claims submitted to the jury;
2. All other claims alleged in the Complaint are **DISMISSED** *with prejudice*;
3. Plaintiff David Bardinet shall recover nothing by way of his Complaint; and
4. Defendants shall recover their costs associated with the federal claims in accordance with Local Rule 54.

DATED: December 7, 2022

MICHAEL W. FITZGERALD
United States District Judge